This memorandum opinion was not selected for publication in the New Mexico Reports.  Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions.  Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

Correction Page - change the date from Nov 3, 2011 to Nov 3, 2010 W/Fy-Bu (filed November 3, 2010)

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v.                                                                **NO. 29,694**

**JONATHAN WYLIE,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF MCKINLEY COUNTY**
**Grant L. Foutz, District Judge**

Gary K. King, Attorney General
Santa Fe, NM
Max Shepherd, Assistant Attorney General
Albuquerque, NM

for Appellant

Hugh W. Dangler, Chief Public Defender
Santa Fe, NM

for Appellee

**MEMORANDUM OPINION**

**WECHSLER, Judge.**

After mandate from the Supreme Court, this Court issued its second notice of

proposed summary disposition on August 12, 2010.  We proposed summary reversal for the reasons stated in the notice.  No memorandum opposing summary reversal has been filed, and the time for doing so has expired.

Reversed.

**IT IS SO ORDERED.**


_____
**JAMES J. WECHSLER, Judge**


**WE CONCUR:**


_____
**CYNTHIA A. FRY, Chief Judge**


_____
**MICHAEL D. BUSTAMANTE, Judge**

2